**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
Kristina M. Hall, SBN 196794
Lauren E. Calnero, SBN 284655
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FONTANA and LISA FONTANA,<br><br>Plaintiffs,<br><br>vs.<br><br>ALPINE COUNTY; ALPINE COUNTY BOARD OF SUPERVISORS; ALPINE COUNTY SHERIFF'S OFFICE; ALPINE COUNTY DISTRICT ATTORNEY'S OFFICE; SHERIFF JOHN CRAWFORD; UNDER SHERIFF ROB LEVY; SERGEANT RON MICHITARIAN; OFFICER ED BRAZ; OFFICER SPENCER CASE; DISTRICT ATTORNEY WILL RICHMOND; and Does 1-100,<br><br>Defendants.<br>_____/ | Case No.: 2:10-cv-00710-JAM-AC<br><br>**ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION** |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby grants the Request to Seal Documents by Defendants submitted in support of their Motion for Summary Judgment/Adjudication. The documents shall remain sealed until otherwise ordered. If any party or other interested person wishes to have the documents or any portion thereof unsealed, that party

{01220906.DOCX}                                                             1
**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/ADJUDICATION**

1. or other person shall file an application with the Court and serve all other parties to this action with a copy of such application. The unredacted documents provided to the Court by Defendants and designated in Defendants' Notice and Request to Seal the documents are hereby ordered to be filed under seal by the Clerk of the Court.

**IT IS SO ORDERED.**

DATED: 3/6/2014                    /s/ John A. Mendez_____
                                   HON. JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

{01220906.DOCX}                                  2
**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO SEAL DOCUMENTS SUBMITTED IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT/ADJUDICATION**