**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
Kristina M. Hall, SBN 196794
Lauren E. Calnero, SBN 284655
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants

Stephen A. Mason SBN 36454
MASON THOMAS
2840 Fifth Street
Davis, CA 95618-7759
Telephone: (530) 757-0883
Facsimile:  (530) 757-0895

Attorneys for Plaintiffs DAVID FONTANA and LISA FONTANA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID FONTANA and LISA FONTANA,<br><br>            Plaintiffs,<br><br>vs.<br><br>ALPINE COUNTY; ALPINE COUNTY BOARD OF SUPERVISORS; ALPINE COUNTY SHERIFF'S OFFICE; ALPINE COUNTY DISTRICT ATTORNEY'S OFFICE; SHERIFF JOHN CRAWFORD; UNDER SHERIFF ROB LEVY; SERGEANT RON MICHITARIAN; OFFICER ED BRAZ; OFFICER SPENCER CASE; DISTRICT ATTORNEY WILL RICHMOND; and Does 1-100,<br><br>            Defendants.<br>_____/ | Case No.: 2:10-cv-00710-JAM-AC<br><br>**STIPULATION TO CONTINUE HEARING REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, ADJUDICATION AND ORDER** |

1

**STIPULATION TO CONTINUE HEARING REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, ADJUDICATION AND [PROPOSED] ORDER**{01237301.DOCX}

IT IS HEREBY STIPULATED and agreed by and between Plaintiffs DAVID and LISA FONTANA, and Defendants ALPINE COUNTY, SHERIFF JOHN CRAWFORD, UNDERSHERIFF ROB LEVY, SERGEANT RON MICHITARIAN, OFFICER ED BRAZ and OFFICER SPENCER CASE (collectively, "Defendants") by and through their respective undersigned counsel, to continue the hearing date for the Motion for Summary Judgment/Adjudication filed by Defendants to May 7, 2014 at 9:30 a.m.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: March 21, 2014         PORTER SCOTT
                              A PROFESSIONAL CORPORATION


                              By    /s/ Terence J. Cassidy
                                  Terence J. Cassidy
                                  Kristina M. Hall
                                  Lauren E. Calnero
                                  Attorneys for Defendants

Dated: March 21, 2014         By    /s/ Stephen A. Mason as authorized 3/21/14
                                  Attorney for Plaintiffs
                                  DAVID FONTANA and LISA FONTANA

## **ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the hearing date regarding Defendants' Motion for Summary Judgment/Adjudication is now set for May 7, 2014 at 9:30 a.m.


Dated: 3/21/2014              /s/ John A. Mendez
                              Honorable Judge John A. Mendez
                              UNITED STATES DISTRICT COURT JUDGE

**STIPULATION TO CONTINUE HEARING REGARDING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, ADJUDICATION AND [PROPOSED] ORDER**{01237301.DOCX}