**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
Kristina M. Hall, SBN 196794
Lauren E. Calnero, SBN 284655
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FONTANA and LISA FONTANA, | Case No.: 2:10-cv-00710-JAM-AC |
| Plaintiffs, | |
| vs. | **STIPULATION FOR DISMISSAL AND ORDER** |
| ALPINE COUNTY; ALPINE COUNTY BOARD OF SUPERVISORS; ALPINE COUNTY SHERIFF'S OFFICE; ALPINE COUNTY DISTRICT ATTORNEY'S OFFICE; SHERIFF JOHN CRAWFORD; UNDER SHERIFF ROB LEVY; SERGEANT RON MICHITARIAN; OFFICER ED BRAZ; OFFICER SPENCER CASE; DISTRICT ATTORNEY WILL RICHMOND; and Does 1-100, | |
| Defendants. / | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs DAVID FONTANA and LISA FONTANA by and through their undersigned counsel, and Defendant ALPINE COUNTY, by and through its undersigned counsel, that all of the claims by Plaintiffs DAVID FONTANA and LISA FONTANA alleged against Defendant ALPINE COUNTY be dismissed with prejudice, pursuant to Rule 41 (a) (1)(A)(ii) of the Federal Rules of Civil

Case 2:10-cv-00710-JAM-AC   Document 45   Filed 05/06/14   Page 2 of 2

Procedure, each party to bear their own attorneys' fees and costs.

Respectfully submitted,

Dated: May 5, 2014    MASON THOMAS

By   /s/ Stephen A. Mason (as authorized on May 1, 2014)
     Stephen A. Mason
     Attorney for Plaintiffs

Dated: May 5, 2014    PORTER SCOTT
                      A PROFESSIONAL CORPORATION

By   /s/ Terence J. Cassidy
     Terence J. Cassidy
     Attorney for Defendant ALPINE COUNTY

**ORDER**

IT IS SO ORDERED.

DATED: May 5, 2014

/s/ JOHN A. MENDEZ

_____
Honorable John A. Mendez
Judge of the United States District Court for the
Eastern District of California

{01238390.DOCX}                         2
**STIPULATION FOR DISMISSAL AND ORDER**