**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
Kristina M. Hall, SBN 196794
Lauren E. Calnero, SBN 284655
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID FONTANA and LISA FONTANA, | Case No.: 2:10-cv-00710-JAM-AC |
| Plaintiffs, | |
| vs. | **STIPULATION FOR DISMISSAL AND ORDER** |
| ALPINE COUNTY; ALPINE COUNTY BOARD OF SUPERVISORS; ALPINE COUNTY SHERIFF'S OFFICE; ALPINE COUNTY DISTRICT ATTORNEY'S OFFICE; SHERIFF JOHN CRAWFORD; UNDER SHERIFF ROB LEVY; SERGEANT RON MICHITARIAN; OFFICER ED BRAZ; OFFICER SPENCER CASE; DISTRICT ATTORNEY WILL RICHMOND; and Does 1 -100, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs DAVID FONTANA and LISA FONTANA by and through their undersigned counsel, and Defendants SHERIFF JOHN CRAWFORD, UNDERSHERIFF ROB LEVY, SERGEANT RON MICHITARIAN, OFFICER ED BRAZ and OFFICER SPENCER CASE, by and through their undersigned counsel, that all of the claims by Plaintiffs DAVID FONTANA and LISA FONTANA alleged against Defendants SHERIFF JOHN CRAWFORD, UNDER SHERIFF ROB

LEVY, SERGEANT RON MICHITARIAN, OFFICER ED BRAZ and OFFICER SPENCER CASE be dismissed with prejudice, pursuant to Rule 41 (a) (1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorneys' fees and costs.

                              Respectfully submitted,

Dated:  May 5, 2014         MASON THOMAS

                            By    /s/ Stephen A. Mason (as authorized on May 1, 2014)
                                    Stephen A. Mason
                                    Attorney for Plaintiffs

Dated:  May 5, 2014         PORTER SCOTT
                                A PROFESSIONAL CORPORATION

                            By    /s/ Terence J. Cassidy
                                    Terence J. Cassidy
                                    Attorney for Defendant ALPINE COUNTY

                                **ORDER**

IT IS SO ORDERED.

DATED: May 5, 2014          /s/ JOHN A. MENDEZ

                                _____
                                Honorable John A. Mendez
                                Judge of the United States District Court for the
                                Eastern District of California

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA  95825
TEL: 916.929.1481
FAX: 916.927.3706